UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-61115-CIV-DIMITROULEAS

HAIM SHIMONI,

    Plaintiff,

v.

BANK OF AMERICA, N.A. and M&T BANK,

    Defendants.

_____/

### ORDER DIRECTING CLERK TO SELECT MEDIATOR

THIS CAUSE is before the Court *sua sponte*.

On September 28, 2021, the Court issued a Scheduling Order [DE 23] directing the parties to agree upon a mediator within fourteen (14) days and to advise the Clerk's office of their choice. On October 13, 2021, the Court entered an Order to Show Cause, requiring the parties to respond by October 20, 2021, showing cause why the Clerk should not be directed to randomly select a mediator from the list of certified mediators. [DE 24]. The Court stated that a failure to comply with this Order may result in the Clerk selecting a mediator at random. *Id.* No response was filed.

Accordingly, it is **ORDERED AND ADJUDGED** that the Clerk is **DIRECTED** to randomly select a mediator from the list of certified mediators.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of October, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record